UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MERICE H. BRYAN<br>    Plaintiff, | CIVIL ACTION: 3:00CV1430 (AWT) |
| v. | |
| ST. FRANCIS HOSPITAL AND<br>MEDICAL CENTER and SHARON<br>MCCONNELL<br>    Defendants. | OCTOBER 15, 2003 |

## MOTION TO DESIGNATE EXPERT WITNESS

The plaintiff moves to designate Sheldon Wishnick, of the Actuarial Litigation Services, as an expert witness who will testify about the plaintiff's damages at trial. Specifically, Wishnick will testify about the plaintiff's pension losses.

The plaintiff had not previously designated an expert witness. However, the defendant will not be prejudiced by the delay in the expert designation. Discovery is still ongoing, and will continue for another 30 days, as the Court had extended the deadline to file further discovery requests until October 10, 2003. The defendant will be able to depose the expert witness within that time frame if they so chose. In addition, the expert will be testifying about the pension benefits provided by the defendant's own pension plan, which will not add any information beyond what the defendant already has access to.

The plaintiff had previously sought expert advice for purposes of quantifying the plaintiff's damages for a settlement conference in May of 2002. However, the plaintiff only recently decided that the expert would expedite the damages testimony at trial and make this information easier for the jury to understand. Therefore, the plaintiff

respectfully requests permission to designate this expert witness at this time. See attached proposed Plaintiff's Disclosure of Expert Witness as Exhibit A.

THE PLAINTIFF,

By: *Lynn M. Mahoney*
Lynn M. Mahoney (ct20996)
Law Offices of Leon M. Rosenblatt
10 North Main Street
West Hartford, CT 06107
(860) 523-8066

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this the 15th day of October, 2003 to:

Attorney Christopher L. Brigham
Updike, Kelly & Spellacy, P.C.
265 Church Street
New Haven, CT 06510-7002

Attorney Joseph Moniz
Moniz, Cooper & McCann, LLP
100 Allyn Street
Hartford, CT 06103

*Lynn M. Mahoney*
Lynn M. Mahoney

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MERICE H. BRYAN**<br>    **Plaintiff,** | : CIVIL ACTION: 3:00CV1430 (AWT)<br>:<br>: |
| **v.** | :<br>: |
| **ST. FRANCIS HOSPITAL AND**<br>**MEDICAL CENTER and SHARON**<br>**MCCONNELL**<br>    **Defendants.** | :<br>:<br>: OCTOBER 15, 2003<br>: |

## PLAINTIFF'S DISCLOSURE OF EXPERT WITNESS

The plaintiff hereby discloses that Sheldon Wishnick will be called as an expert witness at trial. Mr. Wishnick is an actuary. His consulting firm is Actuarial Litigation Service, 94 Stagecoach Lane, Newington, Connecticut 06111.

Attached to this document is the report written by Mr. Wishnick which will be offered as evidence at trial. This report contains a complete statement of the opinions he will express.

Also attached is Mr. Wishnick's Curriculum Vitae containing the publications he has authored within the preceding ten years.

Mr. Wishnick charges $225.00 per hour for consulting with attorneys. Depositions and court testimony have a 4-hour minimum.

A list of cases in which Mr. Wishnick has testified as an expert at trial or by deposition is attached.

THE PLAINTIFF,

By: /s/ Lynn M. Mahoney
Lynn M. Mahoney (ct20996)
Law Offices of Leon M. Rosenblatt
10 North Main Street
West Hartford, CT 06107
(860) 523-8066

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this the 15th day of October, 2003 to:

Attorney Christopher L. Brigham
Updike, Kelly & Spellacy, P.C.
265 Church Street
New Haven, CT 06510-7002

Attorney Joseph Moniz
Moniz, Cooper & McCann, LLP
100 Allyn Street
Hartford, CT 06103

/s/ Lynn M. Mahoney
Lynn M. Mahoney

# ACTUARIAL
# LITIGATION
# SERVICE

Sheldon Wishnick FSA, MAAA, FLMI
94 Stagecoach Lane
Newington, CT 06111-5314

Telephone: (860) 667-3649
Fax: (860) 667-0083
E-Mail: ActLit@aol.com

April 30, 2002

Attorney Leon Rosenblatt
Ten North Main Street
West Hartford, CT 06107

Re: Ms. Merice Bryan v. St. Francis Hospital

Dear Attorney Rosenblatt,

I have developed the value of the defined benefit pension plan benefits lost as a result of the employment termination. As developed on the attached worksheet, the total past and future accruals produces a monthly benefit of $1,127 that translates to a present value of $74,526.

The assumptions used are as follows:

| | |
|---|---|
| Date of birth: | July 30, 1949 |
| Date of Normal Retirement: | July 30, 2014 |
| Annual Pension Credit: | |
|     Up to ½ of Social Security wage base | 1.5% of salary |
|     In excess of Social Security wage base: | 2.0% of salary |
| Base Salary at Termination: | $41,716.80 |
| Potential Salary Increases: | 4% |
| Potential Wage Base Increases: | 4% |
| Present value factor | current GATT rates |

Please let me know of any questions on this calculation.

Sincerely,

*Sheldon Wishnick*

MAY 03 2002

# Pension Loss Development
## for Ms. Merice Bryan

### Past Loss

|       | Income Potential | One Half SS base | Excess Income | Base Ben @1.5% | Exc Ben @2% | Earned Benefit |
|-------|------------------|------------------|---------------|----------------|-------------|----------------|
| 1999* | 41,717           | 36,300           | 5,417         | 545            | 108         | 218            |
| 2000  | 43,386           | 38,100           | 5,286         | 572            | 106         | 677            |
| 2001  | 45,121           | 40,200           | 4,921         | 603            | 98          | 701            |
| 2002  | 23,463           | 21,225           | 2,238         | 318            | 45          | 363            |
|       |                  | * adjusted to post termination only |   |     | Total       | 1,959          |

### Future Loss

|      | Income Potential | One Half SS base | Excess Income | Base Ben @1.5% | Exc Ben @2% | Earned Benefit |
|------|------------------|------------------|---------------|----------------|-------------|----------------|
| 2002 | 23,463           | 21,225           | 2,238         | 318            | 45          | 363            |
| 2003 | 48,803           | 44,148           | 4,655         | 662            | 93          | 755            |
| 2004 | 50,755           | 45,914           | 4,841         | 689            | 97          | 786            |
| 2005 | 52,785           | 47,750           | 5,035         | 716            | 101         | 817            |
| 2006 | 54,897           | 49,660           | 5,236         | 745            | 105         | 850            |
| 2007 | 57,093           | 51,647           | 5,446         | 775            | 109         | 884            |
| 2008 | 59,376           | 53,713           | 5,664         | 806            | 113         | 919            |
| 2009 | 61,751           | 55,861           | 5,890         | 838            | 118         | 956            |
| 2010 | 64,221           | 58,096           | 6,126         | 871            | 123         | 994            |
| 2011 | 66,790           | 60,420           | 6,371         | 906            | 127         | 1,034          |
| 2012 | 69,462           | 62,836           | 6,626         | 943            | 133         | 1,075          |
| 2013 | 72,240           | 65,350           | 6,891         | 980            | 138         | 1,118          |
| 2014 | 43,826           | 67,964           | 0             | 1,019          | 0           | 1,019          |
|      |                  |                  |               |                | Total       | 11,569         |

| Total Annual Benefit:        | 13,528   |
|------------------------------|----------|
| Total Monthly Benefit        | 1,127    |
| Present Value of Pension Loss| $74,526  |

# ACTUARIAL
# LITIGATION
# SERVICE

*Sheldon Wishnick FSA, MAAA, FLMI*  
*94 Stagecoach Lane*  
*Newington, CT 06111-5314*

*Telephone:* (860) 667-3649  
*Fax:* (860) 667-0083  
*E-Mail:* ActLit@aol.com

April 30, 2002

Attorney Leon Rosenblatt  
Ten North Main Street  
West Hartford, CT 06107

Re: Ms. Merice Bryan v. St. Francis Hospital

Dear Attorney Rosenblatt,

As you requested, I have developed the value of the pension account difference between continued employment to age 65 and the account balance available at employment termination. As developed on the attached worksheet, the total past and future difference is $42,034.

The assumptions used are as follows:

| | |
|---|---|
| Date of birth: | July 30, 1949 |
| Date of Normal Retirement: | July 30, 2014 |
| Interest Credits: | |
|     As active employee: | 5% |
|     As terminated employee: | 4% |
| Base Salary at Termination: | $41,716.80 |
| Rate of Plan Contribution: | 4% of Base Salary |
| Potential Base Increases: | 4% |
| Discount Rate: | 5% |

Please let me know of any questions on this calculation.

Sincerely,

*[signature: Sheldon Wishnick]*

# TSA Savings Loss Development
## for Ms. Merice Bryan

### Past Loss

|  | Contr Potential | Int @ 5.00% | Actual Cont | Int @ 4.00% | Annual Loss |
|---|---|---|---|---|---|
| Begin LS | 9,355 |  | 9,355 |  |  |
| 1999 | 1,869 | 468 | 1,232 | 473 | 632 |
| 2000 | 1,943 | 585 | 0 | 442 | 2,086 |
| 2001 | 2,021 | 711 | 0 | 460 | 2,272 |
| 2002 | 1,051 | 424 | 0 | 239 | 1,236 |
| End LS | 18,426 |  | 12,201 |  | 6,225 |

### Future Loss

|  | Contr Potential | Int @ 5.00% | Anticipated Cont | Int @ 4.00% | Net Loss | Pres Value of Net Loss | Cumulative Pres Value | Age |
|---|---|---|---|---|---|---|---|---|
| 2002 | 1,051 | 424 | 0 | 239 | 1,236 | 1,221 | 1,221 | 53 |
| 2003 | 2,186 | 995 | 0 | 498 | 2,684 | 2,556 | 3,776 | 54 |
| 2004 | 2,274 | 1,154 | 0 | 518 | 2,910 | 2,640 | 6,416 | 55 |
| 2005 | 2,364 | 1,325 | 0 | 538 | 3,152 | 2,723 | 9,138 | 56 |
| 2006 | 2,459 | 1,510 | 0 | 560 | 3,409 | 2,805 | 11,943 | 57 |
| 2007 | 2,557 | 1,708 | 0 | 582 | 3,684 | 2,886 | 14,829 | 58 |
| 2008 | 2,660 | 1,922 | 0 | 605 | 3,976 | 2,967 | 17,796 | 59 |
| 2009 | 2,766 | 2,151 | 0 | 630 | 4,287 | 3,047 | 20,843 | 60 |
| 2010 | 2,877 | 2,397 | 0 | 655 | 4,619 | 3,126 | 23,969 | 61 |
| 2011 | 2,992 | 2,660 | 0 | 681 | 4,971 | 3,204 | 27,174 | 62 |
| 2012 | 3,111 | 2,943 | 0 | 708 | 5,346 | 3,282 | 30,456 | 63 |
| 2013 | 3,236 | 3,246 | 0 | 737 | 5,745 | 3,359 | 33,815 | 64 |
| 2014 | 1,963 | 2,061 | 0 | 443 | 3,581 | 1,994 | 35,809 | 65 |
|  |  |  | Totals |  | 49,599 | 35,809 |  |  |

**Total Past and Future Difference:**                               **$42,034**

Actuarial Litigation Service                                        30-Apr-02

## ACTUARIAL
## LITIGATION
## SERVICE

*Sheldon Wishnick FSA, MAAA, FLMI*  
*94 Stagecoach Lane*  
*Newington, CT 06111-5314*

*Telephone: (860) 667-3649*  
*Fax:         (860) 667-0083*  
*Web Site: www.actlitserv.com*

# Curriculum Vitae

## EDUCATIONAL BACKGROUND

Fellow, Society of Actuaries  
Member, American Academy of Actuaries  
Fellow, Life Management Institute  
Member, National Association of Forensic Economics

BA Mathematics, Pace University New York, NY

## PROFESSIONAL EXPERIENCE

**Consulting Firms:**
- **Actuarial Litigation Service**
  - Valuation of financial losses in legal matters
  - Expert witness testimony

- **Associated Pension Actuaries**
  - Pension plan valuations
  - Participant benefit calculations

- **Hay-Huggins**
  - Mathematical profitability modeling
  - Insurance product design

**Insurance Companies:**
- **MassMutual**
  - Financial forecasting and analysis of gain by insurance product line
  - Allocation and analysis of financial returns by investment type
- **American United Life**
  - Financial maintenance of annuity products.
  - Calculation of premiums, reserves and annual statement support
- **Aetna Life and Casualty**
  - Pension plan design and review
  - Actuarial assignments in life, health and group insurance
- **Metropolitan Life**
  - Calculation of premiums, claims and reserves for personal health insurance

(over)

**Publications:**

| | |
|---|---|
| *Actuarial Evidence in Litigation* | |
| Employee Rights Quarterly | Autumn 2001 |
| *Personal Injury: What's It Worth?* | |
| MA Bar Association Lawyers Journal | April 1999 |
| *The Truth Revealed: A Peek Inside the Financial Expert's Report* | |
| New York State Bar Journal | February 1998 |
| *Damage Analysis: The Impact of Assumptions* | |
| CT Bar Assn, Labor/Employment Law Quarterly | Fall 1997 |
| *Myths About Financial Experts* | |
| Connecticut Law Tribune | August 4, 1997 |
| *Shedding Light on the Financial Witness* | |
| MA Bar Association Lawyers Journal | December 1996 |
| *What's it Worth? Send for the Actuary!* | |
| MA Bar Association Lawyers Journal | October 1996 |
| *Loss, and Finds* | |
| Connecticut Law Tribune | July 22, 1996 |

**Notes:** The **Society of Actuaries** is an educational, research and professional membership organization. The status of fellowship is earned by passing exams requiring knowledge in the following areas (among others):

| | | |
|---|---|---|
| Probability & statistics | Compound interest | Actuarial mathematics |
| Risk Theory | Financial management | Pension valuation |
| Actuary as expert witness | Social Insurance | Employee benefits |

Membership in the **Academy of Actuaries** is awarded to Fellows of the Society of Actuaries who have completed the professional experience requirements.

Fellowship in the **Life Management Institute** is earned by passing exams related to the structure and operation of life insurance companies, the types of life, health and disability insurance available, actuarial calculations and numerous miscellaneous topics.

The **National Association of Forensic Economics** is an association of over 800 professionals who practice in the field of forensic economics. Its goals are to promote research and continuing professional development.

# ACTUARIAL
# LITIGATION
# SERVICE

94 Stagecoach Lane  
Newington, CT 06111-5314  
(860) 667-3649

*Sheldon Wishnick FSA, MAAA, FLMI*

## EXPERT WITNESS ASSIGNMENTS

| Case Information | Involvement |
|---|---|
| Blumenschine v. Professional Media | Deposed |
| Strickland v. Saks Fifth Avenue | Testified |
| Didio v. Ryan Partnership | Deposed |
| Berges v. Abbott Ball | Deposed |
| Bell v. Helmsley | Testified |
| Lorinz v. Turner Construction | Deposed |
| Pratt v. Cendant Mobility | Deposed |
| Newell v. United Technologies | Deposed |
| Palma v. Pharmacia Communications | Testified |
| Tracy v. Borough of Old Tappan | Testified |
| Schiano v. Brancato | Deposed |
| Applegate et al v. Sunoco | Deposed |
| Lanigan v. NYS Bd of Education | Testified |
| Stewart v. Cendant Mobility | Testified |
| Keating v. Suffolk County Public Works | Deposed and Testified |
| Crain v. Windham Hospital | Deposed |
| *Schlemmer v Terhaar Builders* | *Testified* |
| John Fenner v. Hartford Courant | Testified |
| Abraham Rubel v. Mr. & Mrs. Wainright | Deposed and Testified |
| Edwin Cortes, Admin v. Bristol Hospital | Deposed |
| *Marano v. Providence Washington* | *Testified* |
| DiMartino v. State of CT | Testified |
| *Mendes v. Dekker, MD* | *Deposed* |
| Mary Carrano v. Yale NH Hospital | Deposed |
| Persky v. Cendant Corp. | Deposed and Testified |
| LeMay v. Town of Bloomfield | Testified |
| West v. Dow Chemical | Deposed |
| Hurowitz v. Elrac, Inc. | Deposed |
| Giannecchini v. San Rafael Hospital | Deposed |
| Dragon v. Dragon | Testified |
| Mendoza v. Mendoza | Testified |
| Parta v. Gabianelli | Deposed |

(over)

## EXPERT WITNESS ASSIGNMENTS
(Continued)

| Case Information | Involvement |
| --- | --- |
| Braunstein v. Manero's | Deposed |
| Wood v. CIGNA | Deposed |
| Desibio v. Nassau County Bridge | Deposed twice |
| Lee v. Axiom Labs | Testified |
| Aye v. Mary Martin | Deposed |
| Carvalho v. International Bridge | Deposed |
| Esposito v. Connecticut College | Deposed |
| Fahim v. CIGNA | Testified |
| Polny v. Greyhound | Testified |
| Elise Jahne v. Atlas Oil | Testified |
| Gary St. George v. Inline Plastics | Deposed |
| Martin v. Mitler, M.D. | Deposed |
| McGillivray v. Mailhot Industries | Deposed |
| Dudrow, et al v. Ernst & Young | Deposed and Testified |