FILED

2003 OCT 24 P 12: 05

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| MERICE H. BRYAN<br>    Plaintiff, | : CIVIL ACTION NO<br>: 3.00CV1430 (AWT) |
| V. | : |
| ST. FRANCIS HOSPITAL AND<br>MEDICAL CENTER and SHARON<br>MCCONNELL<br>    Defendants. | :<br>:<br>:<br>: OCTOBER 23, 2003 |

### DEFENDANTS SAINT FRANCIS HOSPITAL AND MEDICAL CENTER AND SHARON MCCONNELL'S MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 9(b), defendants Saint Francis Hospital and Medical Center and Sharon McConnell (collectively, "defendants") respectfully move for an extension of time to file their motion for summary judgment. The Honorable Donna F. Martinez' issued a Ruling on Plaintiff's Motion to Compel and Recommended Ruling on Plaintiff's Motion to Compel and for Sanctions dated October 10, 2003 ("Ruling"). As part of the Ruling, the Court permitted plaintiff to engage in additional discovery regarding Saint Francis' response to plaintiff's request for incident reports. Saint Francis is working diligently to comply with the Ruling, which includes responding to four sets of voluminous discovery requests. On October 3, 2003, defendants responded to plaintiff's Fifth Set of Interrogatories and Seventh Set of Requests for Production. Defendants have spent over one-hundred (100) hours from August, 2003 through the present responding to these discovery requests. Responding to the discovery requests requires

341819                                                         1

defendants to review hundreds of pages of incident reports previously produced and hold numerous meetings with Hospital personnel from various departments.

On October 9, 2003, plaintiff served defendants with a Sixth Set of Interrogatories, Eighth Set of Requests for Production and Requests to Admit. Defendants anticipate that plaintiff will continue to serve further discovery upon defendants as plaintiff receives such responses. Accordingly, as discovery is ongoing, defendants request an extension to file their motion for summary judgment of thirty (30) days, up to and including, November 30, 2003.

Plaintiff's counsel has no objection to this Motion.

On August 13, 2003, the parties joined in a motion for extension of time until September 30, 2003 to complete discovery. As referenced above, on October 10, 2003, the Court issued the Ruling pertaining to discovery. This is defendants' first request for extension of time with respect to this deadline.

DEFENDANTS,
SAINT FRANCIS HOSPITAL AND
MEDICAL CENTER and
SHARON MCCONNELL

By: _____
CHRISTOPHER L. BRIGHAM, ESQ.
Federal Bar CT12410
AMY LEETE VAN DYKE, ESQ.
Federal Bar CT23181
Updike, Kelly & Spellacy, P.C.
One State Street
Hartford, CT 06123-1277
Tel. (860) 548-2600

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, first class and postage prepaid, this 23rd day of October, 2003 to:

Lynn M. Mahoney, Esq.
Law Offices of Leon M. Rosenblatt
10 North Main Street
West Hartford, CT 06107

By: _____
~~AMY~~ LEETE VAN DYKE
Updike, Kelly & Spellacy, P.C.