UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MERICE H. BRYAN<br>    Plaintiff, | CIVIL ACTION: 3:00CV1430 (AWT) |
| v. | |
| ST. FRANCIS HOSPITAL AND<br>MEDICAL CENTER and SHARON<br>MCCONNELL<br>    Defendants. | OCTOBER 17, 2003 |

## AFFIDAVIT REGARDING ATTORNEYS' FEES

My name is Lynn M. Mahoney. I am an associate of the law firm that represents the plaintiff. I am over the age of eighteen and I understand and believe in the obligations of an oath. I hereby depose and say:

1. I spent approximately 38.65 hours in the pursuit of discovery compelled by the Court's September 10, 2003 ruling. This time includes preparing extensive Motions to Compel, including one 24 page motion with 22 exhibits, preparing for and attending two hearings, drafting six Motions for Extension of Time for Discovery, and preparing the recent follow-up discovery allowed in the Court's ruling. Exhibit A is a true and accurate summary of the billable hours, which I spent on this matter.

2. The reasonable hourly rate for my work is $150 per hour.

3. Therefore, to date, the plaintiff has incurred the value of approximately $5,797.50 in legal fees in pursuit of these discovery responses.

Date: 10/17/03                                          By: _____
                                                        Attorney Lynn Mahoney

Subscribed and sworn before me this 17th day of October 2003

_____
Notary/Commissioner of the Court
DARRYL SWAIN HABERERN
Notary Public
My Commission Expires July 31, 2004

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this the 17th day of October, 2003 to:

Attorney Christopher L. Brigham
Updike, Kelly & Spellacy, P.C.
265 Church Street
New Haven, CT 06510-7002

Attorney Joseph Moniz
Moniz, Cooper & McCann, LLP
100 Allyn Street
Hartford, CT 06103

_____
Lynn M. Mahoney

2

# EXHIBIT A

## Law Offices of Leon M. Rosenblatt

### Client: Merice Bryan

| Date | Description | Time |
|---|---|---|
| 10/23/01 | Drafting Motion for Extension of Time | 1.0 |
| 10/25/01 | Preparing Motion for Extension of Time | .5 |
| 12/20/01 | Drafting Motion for Extension of Time | .5 |
| 2/12/02 | Drafting Motion for Extension of Time | .5 |
| 3/22/02 | Drafting Motion or Extension of Time | .3 |
| 3/26/02 | Drafting Motion to Compel and Motion for Extension of Time | 1.0 |
| 3/27/02 | Drafting Motion to Compel | 1.75 |
| 3/28/02 | Drafting Motion to Compel | 4.0 |
| 7/19/02 | Drafting Motion for Extension of Time | .5 |
| 8/20/02 | Drafting Motion for Extension of Time | .25 |
| 8/21/02 | Drafting Motion for Extension of Time | .2 |
| 8/27/02 | Drafting Motion for Extension of Time | 1.0 |
| 9/11/02 | Preparing for Oral Argument regarding Motion to Compel and Motion for Sanctions | 2.20 |
| 9/12/02 | Arguing Motion to Compel and Motion for Sanctions | 2.75 |
| 9/25/02 | Drafting Revised Motion to Compel | 2.10 |
| 9/26/02 | Revised Motion to Compel | 2.60 |

| Date | Description | Time |
|---|---|---|
| 9/27/02 | Revised Motion to Compel | .75 |
| 10/3/02 | Drafting Revised Motion to Compel | 3.60 |
| 10/4/02 | Drafting and Editing Motions to Compel and for Sanctions | 2.25 |
| 10/7/02 | Drafting Motion to Compel | .25 |
| 10/7/02 | Reviewing and Revising Discovery Motion | .5 |
| 10/8/02 | Editing Motion to Compel | 1.0 |
| 10/9/02 | Finalizing Motion to Compel | .6 |
| 11/11/02 | Preparing for hearing on Motion to Compel | 1.3 |
| 11/13/02 | Preparing for and attending Motion to Compel Hearing | 5.25 |
| 9/22/03 | Reviewing Attorneys' Fees Records and Preparing Petition for Attorneys' Fees | .5 |
| 10/9/03 | Drafting Discovery Requests, reviewing incident reports. Drafting application for attorneys' fees | 1.0 |
| 10/14/03 | Finalizing Requests to Admit and Interrogatories | .5 |

**TOTAL HOURS: 38.65**