

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MERICE H. BRYAN<br>Plaintiff,<br><br>V.<br><br>ST. FRANCIS HOSPITAL AND MEDICAL CENTER and SHARON MCCONNELL<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO<br>3.00CV1430 (AWT)<br><br><br><br><br><br><br>OCTOBER 23, 2003 |

**DEFENDANTS SAINT FRANCIS HOSPITAL AND MEDICAL CENTER AND SHARON MCCONNELL'S MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 9(b), defendants Saint Francis Hospital and Medical Center and Sharon McConnell (collectively, "defendants") respectfully move for an extension of time to file their motion for summary judgment. The Honorable Donna F. Martinez' issued a Ruling on Plaintiff's Motion to Compel and Recommended Ruling on Plaintiff's Motion to Compel and for Sanctions dated October 10, 2003 ("Ruling"). As part of the Ruling, the Court permitted plaintiff to engage in additional discovery regarding Saint Francis' response to plaintiff's request for incident reports. Saint Francis is working diligently to comply with the Ruling, which includes responding to four sets of voluminous discovery requests. On October 3, 2003, defendants responded to plaintiff's Fifth Set of Interrogatories and Seventh Set of Requests for Production. Defendants have spent over one-hundred (100) hours from August, 2003 through the present responding to these discovery requests. Responding to the discovery requests requires

Extension GRANTED, absent objection, to and including December 1, 2003. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 11/4/2003

341819