UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MERICE H. BRYAN<br>    Plaintiff, | :   CIVIL ACTION NO<br>:   3.00CV1430 (AWT)<br>: |
| V. | :<br>: |
| ST. FRANCIS HOSPITAL AND<br>MEDICAL CENTER and SHARON<br>MCCONNELL<br>    Defendants. | :<br>:<br>:<br>:   NOVEMBER 5, 2003 |

## DEFENDANTS SAINT FRANCIS HOSPITAL AND MEDICAL CENTER AND SHARON MCCONNELL'S MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 9(b), defendants Saint Francis Hospital and Medical Center and Sharon McConnell (collectively, "defendants") respectfully move for an extension of time of thirty (30) days, up to and including December 9, 2003, to respond to plaintiff's Sixth Set of Interrogatories and Eighth Set of Request for Production dated October 9, 2003. The Court permitted plaintiff to engage in additional discovery regarding Saint Francis' response to plaintiff's request for incident reports. Saint Francis is working diligently to comply which includes responding to four sets of voluminous discovery requests. On October 3, 2003, defendants responded to plaintiff's Fifth Set of Interrogatories and Seventh Set of Requests for Production. Responding to the type of discovery requests that plaintiff has served requires defendants to review hundreds of pages of incident reports previously produced and hold numerous meetings with Hospital personnel from various departments. Accordingly, defendants move for this

342996

extension on the grounds that additional time is needed to gather the information necessary to formulate proper responses to these sixth and eighth sets of discovery.

This is the first request for extension of time with respect to these sets of discovery.

Plaintiff's counsel has no objection to this Motion.

                                  DEFENDANTS,
                                  SAINT FRANCIS HOSPITAL AND
                                  MEDICAL CENTER and
                                  SHARON MCCONNELL

By: _____
     CHRISTOPHER L. BRIGHAM, ESQ.
     Federal Bar CT12410
     AMY LEETE VAN DYKE, ESQ.
     Federal Bar CT23181
     Updike, Kelly & Spellacy, P.C.
     One State Street
     Hartford, CT 06123-1277
     Tel. (860) 548-2600

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, first class and postage prepaid, this 5th day of November, 2003 to:

Lynn M. Mahoney, Esq.
Law Offices of Leon M. Rosenblatt
Ten North Main Street
West Hartford, CT 06107

By: _____
AMY LEETE VAN DYKE
Updike, Kelly & Spellacy, P.C.