UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MERICE H. BRYAN<br>  Plaintiff, | : CIVIL ACTION: 3:00CV1430 (AWT)<br>:<br>: |
| v. | :<br>: |
| ST. FRANCIS HOSPITAL AND<br>MEDICAL CENTER and SHARON<br>MCCONNELL<br>  Defendants. | :<br>:<br>: OCTOBER 17, 2003<br>: |

## PLAINTIFF'S APPLICATION OF COSTS

Pursuant to the Court's September 10, 2003 Ruling granting sanctions against the defendant, the plaintiff files this application for $5,797.50 in attorneys' fees. These sanctions were awarded because of the extreme delays caused by the defendant and their complete disregard for the rules of discovery and for the Court's previous court order to compel discovery. This amount is for approximately 38.65 hours of attorneys fees spent preparing extensive Motions to Compel, including one 24 page motion with 22 exhibits, preparing for and attending two hearings, drafting six Motions for Extension of Time for Discovery, and preparing the recent follow-up discovery allowed in the Court's ruling.

Attached please see an Affidavit Regarding Attorneys' Fees submitted by the undersigned.

The plaintiff respectfully requests that all attorneys' fees be paid by the defendant. The plaintiff should not be penalized for such in inordinate amount of fees because of the defendant's failure to cooperate in discovery.

GRANTED. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT  11/19/03