UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MERICE H. BRYAN | : | CIVIL ACTION NO |
|    Plaintiff, | : | 3.00CV1430 (AWT) |
| | : | |
| V. | : | |
| | : | |
| ST. FRANCIS HOSPITAL AND | : | |
| MEDICAL CENTER and SHARON | : | |
| MCCONNELL | : | |
|    Defendants. | : | NOVEMBER 20, 2003 |

**DEFENDANTS SAINT FRANCIS HOSPITAL AND MEDICAL CENTER
AND SHARON MCCONNELL'S MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 9(b), defendants Saint Francis Hospital and Medical Center and Sharon McConnell (collectively, "defendants") respectfully move for a two week extension of time, up to and including, December 15, 2003 to file their motion for summary judgment.

The Honorable Donna F. Martinez' issued a Ruling on Plaintiff's Motion to Compel and Recommended Ruling on Plaintiff's Motion to Compel and for Sanctions dated October 10, 2003 ("Ruling"). As part of the Ruling, the Court permitted plaintiff to engage in additional discovery regarding Saint Francis' response to plaintiff's request for incident reports. On October 9, 2003, plaintiff served defendants with a Sixth Set of Interrogatories, Eighth Set of Requests for Production and Requests to Admit. Saint Francis is working diligently to comply with the Ruling and responding to the new sets of discovery. Defendants have spent over one-hundred (100) hours from August, 2003 through the present responding to plaintiff's discovery requests. Responding to the

344895

discovery requests requires defendants to review hundreds of pages of incident reports previously produced and hold numerous meetings with Hospital personnel from various departments.

Accordingly, as discovery is ongoing, defendants request a two week extension of time to file their motion for summary judgment.

Plaintiff's counsel has no objection to this Motion. This is defendants' second request for extension of time with respect to this deadline.

        DEFENDANTS,
        SAINT FRANCIS HOSPITAL AND
        MEDICAL CENTER and
        SHARON MCCONNELL


By: _____
   CHRISTOPHER L. BRIGHAM, ESQ.
   Federal Bar CT12410
   AMY LEETE VAN DYKE, ESQ.
   Federal Bar CT23181
   Updike, Kelly & Spellacy, P.C.
   One State Street
   Hartford, CT  06123-1277
   Tel. (860) 548-2600

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, first class and postage prepaid, this 20th day of November 2003 to:

Lynn M. Mahoney, Esq.
Law Offices of Leon M. Rosenblatt
10 North Main Street
West Hartford, CT 06107

By:_____
AMY LEETE VAN DYKE
Updike, Kelly & Spellacy, P.C.

64953.46