UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MERICE H. BRYAN | : | CIVIL ACTION NO |
| Plaintiff, | : | 3.00CV1430 (AWT) |
| | : | |
| V. | : | |
| | : | |
| ST. FRANCIS HOSPITAL AND | : | |
| MEDICAL CENTER and SHARON | : | |
| MCCONNELL | : | |
| Defendants. | : | NOVEMBER 5, 2003 |

### DEFENDANTS SAINT FRANCIS HOSPITAL AND MEDICAL CENTER AND SHARON MCCONNELL'S MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 9(b), defendants Saint Francis Hospital and Medical Center and Sharon McConnell (collectively, "defendants") respectfully move for an extension of time of thirty (30) days, up to and including December 9, 2003, to respond to plaintiff's Sixth Set of Interrogatories and Eighth Set of Request for Production dated October 9, 2003. The Court permitted plaintiff to engage in additional discovery regarding Saint Francis' response to plaintiff's request for incident reports. Saint Francis is working diligently to comply which includes responding to four sets of voluminous discovery requests. On October 3, 2003, defendants responded to plaintiff's Fifth Set of Interrogatories and Seventh Set of Requests for Production. Responding to the type of discovery requests that plaintiff has served requires defendants to review hundreds of pages of incident reports previously produced and hold numerous meetings with Hospital personnel from various departments. Accordingly, defendants move for this

Extension GRANTED, to and including December 9, 2003. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   11/24/03

342996