UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MERICE H. BRYAN**<br>    **Plaintiff,** | : | CIVIL ACTION: 3:00CV1430 (AWT) |
| | : | |
| v. | : | |
| | : | |
| **ST. FRANCIS HOSPITAL AND**<br>**MEDICAL CENTER and SHARON**<br>**MCCONNELL**<br>    **Defendants.** | :<br>:<br>: | OCTOBER 15, 2003 |

## MOTION TO DESIGNATE EXPERT WITNESS

The plaintiff moves to designate Sheldon Wishnick, of the Actuarial Litigation Services, as an expert witness who will testify about the plaintiff's damages at trial. Specifically, Wishnick will testify about the plaintiff's pension losses.

The plaintiff had not previously designated an expert witness. However, the defendant will not be prejudiced by the delay in the expert designation. Discovery is still ongoing, and will continue for another 30 days, as the Court had extended the deadline to file further discovery requests until October 10, 2003. The defendant will be able to depose the expert witness within that time frame if they so chose. In addition, the expert will be testifying about the pension benefits provided by the defendant's own pension plan, which will not add any information beyond what the defendant already has access to.

The plaintiff had previously sought expert advice for purposes of quantifying the plaintiff's damages for a settlement conference in May of 2002. However, the plaintiff only recently decided that the expert would expedite the damages testimony at trial and make this information easier for the jury to understand. Therefore, the plaintiff

GRANTED. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT 11/24/03