UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MERICE H. BRYAN <br> Plaintiff, | : CIVIL ACTION NO <br> : 3.00CV1430 (AWT) |
| V. | : |
| ST. FRANCIS HOSPITAL AND <br> MEDICAL CENTER and SHARON <br> MCCONNELL <br> Defendants. | : <br> : <br> : DECEMBER 12, 2003 |

### DEFENDANTS SAINT FRANCIS HOSPITAL AND MEDICAL CENTER AND SHARON MCCONNELL'S MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 7(b), defendants Saint Francis Hospital and Medical Center and Sharon McConnell (collectively, "defendants") respectfully move for an extension of time, up to and including, December 23, 2003 to file their motion for summary judgment.

The Honorable Donna F. Martinez' issued a Ruling on Plaintiff's Motion to Compel and Recommended Ruling on Plaintiff's Motion to Compel and for Sanctions dated October 10, 2003 ("Ruling"). As part of the Ruling, the Court permitted plaintiff to engage in additional discovery regarding Saint Francis' response to plaintiff's request for incident reports. On October 9, 2003, plaintiff served defendants with a Sixth Set of Interrogatories, Eighth Set of Requests for Production and Requests to Admit. Saint Francis worked diligently to comply with the Ruling and recently responded to the new sets of discovery. Defendants have spent over one-hundred (100) hours from August, 2003 through the present responding to plaintiff's discovery requests. Responding to the

347114

discovery requests required defendants to review hundreds of pages of incident reports previously produced and hold numerous meetings with Hospital personnel from various departments. Accordingly, as discovery was ongoing and recently completed, defendants request an extension of time to file their motion for summary judgment.

    Plaintiff's counsel has no objection to this Motion.

> DEFENDANTS,
> SAINT FRANCIS HOSPITAL AND
> MEDICAL CENTER and
> SHARON MCCONNELL
>
> By: _____
> CHRISTOPHER L. BRIGHAM, ESQ.
> Federal Bar CT12410
> AMY LEETE VAN DYKE, ESQ.
> Federal Bar CT23181
> Updike, Kelly & Spellacy, P.C.
> One State Street
> Hartford, CT 06123-1277
> Tel. (860) 548-2600

347114

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, first class and postage prepaid, this 12th day of December 2003 to:

Lynn M. Mahoney, Esq.
Law Offices of Leon M. Rosenblatt
10 North Main Street
West Hartford, CT 06107

By: _____
AMY LEETE VAN DYKE
Updike, Kelly & Spellacy, P.C.