UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC 18 P 4: 35
U.S. DISTRICT COURT
HARTFORD, CT.

MERICE H. BRYAN,
    Plaintiff,

v.   CASE NO. 3:00CV1430(AWT)

ST. FRANCIS HOSPITAL, ET AL.,
    Defendants.

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Donna F. Martinez for the following purposes:

___ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

___ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

___ A ruling on the following motions which are currently pending: (orefm.) Doc.# _____

___ A settlement conference (orefmisc./cnf)

___ A conference to discuss the following: (orefmisc./cnf)

_X_ Other: (orefmisc./misc)   Status Conference

SO ORDERED this 18th day of December, 2003 at Hartford, Connecticut.



UNITED STATES DISTRICT JUDGE