# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| MERICE H. BRYAN<br>Plaintiff, | : CIVIL ACTION NO<br>: 3.00CV1430 (AWT) |
| V. | : |
| ST. FRANCIS HOSPITAL AND<br>MEDICAL CENTER and SHARON<br>MCCONNELL<br>Defendants. | :<br>:<br>:<br>: DECEMBER 12, 2003 |

## DEFENDANTS SAINT FRANCIS HOSPITAL AND MEDICAL CENTER AND SHARON MCCONNELL'S MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 7(b), defendants Saint Francis Hospital and Medical Center and Sharon McConnell (collectively, "defendants") respectfully move for an extension of time, up to and including, December 23, 2003 to file their motion for summary judgment.

The Honorable Donna F. Martinez' issued a Ruling on Plaintiff's Motion to Compel and Recommended Ruling on Plaintiff's Motion to Compel and for Sanctions dated October 10, 2003 ("Ruling"). As part of the Ruling, the Court permitted plaintiff to engage in additional discovery regarding Saint Francis' response to plaintiff's request for incident reports. On October 9, 2003, plaintiff served defendants with a Sixth Set of Interrogatories, Eighth Set of Requests for Production and Requests to Admit. Saint Francis worked diligently to comply with the Ruling and recently responded to the new sets of discovery. Defendants have spent over one-hundred (100) hours from August, 2003 through the present responding to plaintiff's discovery requests. Responding to the

Extension GRANTED, nunc pro tunc, to and including December 23, 2003.
It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   12/18/03

347114