*Held 15 mins.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephonic Status Conference Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
Chambers Room 262

December 22, 2003

11:45 a.m.

CASE NO. **3:00CV1430 (AWT)**   <u>Bryan v. St. Francis Hospital, et al.</u>

COUNSEL OF RECORD:

| | |
|---|---|
| Christopher L. Brigham | Updike, Kelly & Spellacy, P.C.<br>One Century Tower<br>265 Church St.<br>New Haven, CT 06510<br>203-786-8310<br>203-772-2037 (fax)<br>cbrigham@uks.com |
| Lynn M. Mahoney | 10 North Main St.<br>Suite 214<br>West Hartford, CT 06107<br>860-523-8066 |
| Alexandra D. Mease-White | Moniz, Cooper & McCann<br>100 Allyn St.<br>Hartford, CT 06103<br>860-278-0200 |
| Joseph A. Moniz | Moniz, Cooper & McCann<br>100 Allyn St.<br>Hartford, CT 06103<br>860-278-0200<br>860-278-2212 (fax)<br>atty_joe_moniz@snet.net |
| Leon M. Rosenblatt | 10 North Main St.<br>Suite 214<br>West Hartford, CT 06107<br>860-523-8066 |

Deborah Skelley Russo

Day, Berry & Howard
Cityplace
Hartford, CT 06103-3499
860-275-0100
860-275-0343 (fax)
dsrusso@dbh.com

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK