UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MERICE H. BRYAN,
    Plaintiff,

v.     CASE NO. 3:00CV1430 (AWT)

ST. FRANCIS HOSPITAL, ET AL.,
    Defendants.

FILED
2003 DEC 24 A 9: ~

REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Donna F. Martinez for the following purposes:

___ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

___ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

_X_ A ruling on the following motions which are currently pending: (orefm.) Doc.# 113 Motion for Extension of Time

_X_ A settlement conference (orefmisc./cnf)

___ A conference to discuss the following: (orefmisc./cnf)

___ Other: (orefmisc./misc)

SO ORDERED this 23rd day of December, 2003 at Hartford, Connecticut.


UNITED STATES DISTRICT JUDGE