UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MERICE H. BRYAN

v.    Case Number: 3:00CV1430 (AWT)

ST. FRANCIS HOSPITAL &
MEDICAL CENTER, SHARON McCONNELL,

FILED
2004 FEB 13 A 11: 38
U.S. DISTRICT COURT
HARTFORD, CT.

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on <u>February 12, 2004</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within sixty (60) days thereafter.

Accordingly, an order of dismissal will be entered on April 13, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Hartford, Connecticut, February 13, 2004.


KEVIN F. ROWE, CLERK

By: _____
    Robert K. Wood
    Deputy Clerk