*Held
Settled
4 hours*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
Chambers Room 262

February 12, 2004

1:00 p.m.

CASE NO. **3:00CV1430 (AWT)**    **Bryan v. St. Francis Hosp., et al.**

COUNSEL OF RECORD:

✓ Christopher L. Brigham                Updike, Kelly & Spellacy, P.C.
                                        One Century Tower
                                        265 Church St.
                                        New Haven, CT 06510
                                        203-786-8310
                                        203-772-2037 (fax)
                                        cbrigham@uks.com

✓ Lynn M. Mahoney                       10 North Main St.
                                        Suite 214
                                        West Hartford, CT 06107
                                        860-523-8066

   Alexandra D. Mease-White             Moniz, Cooper & McCann
                                        100 Allyn St.
                                        Hartford, CT 06103
                                        860-278-0200

   Joseph A. Moniz                      Moniz, Cooper & McCann
                                        100 Allyn St.
                                        Hartford, CT 06103
                                        860-278-0200
                                        860-278-2212 (fax)
                                        atty_joe_moniz@snet.net

✓ Leon M. Rosenblatt                    10 North Main St.
                                        Suite 214
                                        West Hartford, CT 06107
                                        860-523-8066

Deborah Skelley Russo

*[signature: Amy Van Dyke, Updike, Kelly & Spellacy]*

Day, Berry & Howard
Cityplace
Hartford, CT 06103-3499
860-275-0100
860-275-0343 (fax)
dsrusso@dbh.com

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK