FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 APR 12 P 1: 31
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| MERICE H. BRYAN<br>Plaintiff, | : | CIVIL ACTION; 3:00CV1430(AWT) |
| v. | : | |
| ST. FRANCIS HOSPITAL AND<br>MEDICAL CENTER and SHARON<br>MCCONNELL<br>Defendants. | : | APRIL 8, 2004 |

## MOTION FOR EXTENSION OF TIME TO SETTLE CASE

The plaintiff moves for an extension of time of 30 days until May 13, 2004 to settle this case. The deadline for dismissal currently is April 13, 2004.

The plaintiff requests the extension of time due to a delay caused by difficulties in setting up a retirement plan in which to deposit her accrued retirement funds, and other matters.

Attorney Brigham, representing the defendant, has been notified and has no objection to this extension of time.

Extension GRANTED, nunc pro tunc, to and including May 13, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   04/16/04

THE PLAINTIFF,

By: _____
Leon M. Rosenblatt
Law Offices of Leon M. Rosenblatt
10 North Main Street
West Hartford, CT 06107
(860) 523-8066
Federal Bar No. ct20996