UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MERICE H. BRYAN<br>Plaintiff, | : | CIVIL ACTION: 3:00CV1430(AWT) |
| v. | : | |
| ST. FRANCIS HOSPITAL AND<br>MEDICAL CENTER and SHARON<br>MCCONNELL<br>Defendants. | : | May 10, 2004 |

FILED
2004 MAY 10  11: 43
U.S. DISTRICT COURT
HARTFORD, CT.

## MOTION FOR EXTENSION OF TIME TO SETTLE CASE

The plaintiff moves for an extension of time until June 18, 2004 to settle this case. The deadline for dismissal currently is May 13, 2004.

The plaintiff requests the extension of time due to a delay caused by difficulties in setting up a retirement plan in which to deposit her accrued retirement funds. The parties are nearly at the point of complete agreement except that there is an obligation which will take one of the parties a few weeks to fulfill.

Attorney Brigham, representing the defendant, has been notified and has no objection to this extension of time.

FILED 2004 MAY 15 P 6: 12 U.S. DISTRICT COURT HARTFORD, CT.

Extension GRANTED, to and including June 18, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   5/14/04

THE PLAINTIFF,

By: _____
Leon M. Rosenblatt
Law Offices of Leon M. Rosenblatt
10 North Main Street
West Hartford, CT 06107
(860) 523-8066
Federal Bar No. ct20996