UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MERICE H. BRYAN | : | CIVIL ACTION: 3:00CV1430(AWT) |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ST. FRANCIS HOSPITAL AND | : | |
| MEDICAL CENTER and SHARON | : | |
| MCCONNELL | : | JUNE 28, 2004 |
|     Defendants. | : | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1) the parties stipulate that the above-captioned case is withdrawn with prejudice.

By: _____/s/_____    By: _____/s/_____
   Attorney Leon M. Rosenblatt (ct00284)    Attorney Christopher L. Brigham (ct12410)
   Law Offices of Leon M. Rosenblatt    Updike, Kelly & Spellacy, P.C.
   10 North Main Street    265 Church Street
   West Hartford, CT 06107    New Haven, CT 06510-7002
   Telephone No.: (860) 523-8066    Tele:  (203) 786-8310

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed, postage prepaid, on this the 28th day of June, 2004, to:

Attorney Christopher L. Brigham,
Updike, Kelly & Spellacy, P.C.
265 Church Street, 10th Floor
New Haven, CT 06510

                                                    /s/
                                        Leon M. Rosenblatt