

FILED

UNITED STATES DISTRICT COURT -8  A 8: 08
DISTRICT OF CONNECTICUT



| | | |
|---|---|---|
| MERICE H. BRYAN | : | CIVIL ACTION: 3:00CV1430(AWT) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ST. FRANCIS HOSPITAL AND | : | |
| MEDICAL CENTER and SHARON | : | |
| MCCONNELL | : | JUNE 28, 2004 |
| Defendants. | : | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1) the parties stipulate that the above-captioned case is

withdrawn with prejudice.

By: _____        By: _____
Attorney Leon M. Rosenblatt (ct00284)        Attorney Christopher L. Brigham (ct12410)
Law Offices of Leon M. Rosenblatt        Updike, Kelly & Spellacy, P.C.
10 North Main Street        265 Church Street
West Hartford, CT 06107        New Haven, CT 06510-7002
Telephone No.: (860) 523-8066        Tele: (203) 786-8310


APPROVED and SO ORDERED.

_____
ALVIN W. THOMPSON, U.S.D.J.
HARTFORD, CT        7/17/04